**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself | |
|---|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jose**<br>First name<br><br>**A**<br>Middle name<br><br>**Barragan**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Jose A Barragan Villa | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3129 | |

Debtor 1    **Jose A Barragan**                                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.** **Where you live**

**3661 Hunter Street**
**Riverside, CA 92509**
Number, Street, City, State & ZIP Code

**Riverside**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Jose A Barragan**                                                Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| | Debtor | **Popelino's Transportation, Inc.** | Relationship to you | **Debtor's wholly owned corporat** |
|---|---|---|---|---|
| | District | **Central District of California** | When  **3/18/25** | Case number, if known  **6:25-bk-11628-MH** |
| | Debtor | _____ | Relationship to you | _____ |
| | District | _____ | When _____ | Case number, if known _____ |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    __Jose A Barragan__                                  Case number *(if known)*_____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

---

12. **Are you a sole proprietor of any full- or part-time business?**

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

    ■ No.    Go to Part 4.

    ☐ Yes.    Name and location of business

    _____
    Name of business, if any

    _____

    _____
    Number, Street, City, State & ZIP Code

    *Check the appropriate box to describe your business:*

    ☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐    None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
    For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

    *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ No.    I am not filing under Chapter 11.

    ■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

    ☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

    ☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ■ No.

    ☐ Yes.    What is the hazard?    _____

    If immediate attention is needed, why is it needed?    _____

    Where is the property?    _____

    _____
    Number, Street, City, State & Zip Code

---

Debtor 1    **Jose A Barragan**

Case number *(if known)*

___

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   __Jose A Barragan__                                                  Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

_____

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
**Jose A Barragan**                          Signature of Debtor 2
Signature of Debtor 1

Executed on   __June 24, 2025__              Executed on  _____
                MM / DD / YYYY                          MM / DD / YYYY

Debtor 1    **Jose A Barragan**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date      06/26/2025
MM / DD / YYYY

Signature of Attorney for Debtor

**Summer Shaw, Esq.**
Printed name

**SHAW & HANOVER, PC**
Firm name

**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
Number, Street, City, State & ZIP Code

Contact phone    **(760) 610-0000**          Email address      **ss@shaw.law**

**283598 CA**
Bar number & State

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose A Barragan** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  |  | Unsecured claim |
|---|---|---|---|
| **1** | **Alliance Funding Group, Headq.**<br>**Brij Patel, CEO**<br>**17542 17th Street, Ste. 200**<br>**Tustin, CA 92780**<br><br><br>Contact<br><br>Contact phone | **What is the nature of the claim?**   Corp Debt- Listed out of caution<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐  Contingent<br>☐  Unliquidated<br>■  Disputed<br>☐  None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■  No<br>☐  Yes. Total claim (secured and unsecured)<br>          Value of security:<br>          Unsecured claim | | $478,014.64<br><br><br><br><br><br><br><br><br><br>-_____ |
| **2** | **Alliance Funding Group, Headq.**<br>**Brij Patel, CEO**<br>**17542 17th Street, Ste. 200**<br>**Tustin, CA 92780** | **What is the nature of the claim?**   Corp Debt- Listed out of caution<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐  Contingent<br>☐  Unliquidated<br>■  Disputed<br>☐  None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■  No | | $173,941.00 |

Debtor 1    **Jose A Barragan**    Case number *(if known)* _____

| | | |
|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | |
| | Value of security: | - _____ |
| Contact phone | Unsecured claim | _____ |

---

**3**

**Bank of America, N.A.***
**Attn: Officer, Director or**
**Managing Agent**
**100 North Tryon Street**
**Charlotte, NC 28255**

What is the nature of the claim?    **Misc. Charges**    $70,696.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    - _____
Unsecured claim    _____

Contact _____
Contact phone _____

---

**4**

**Blue Bridge Financial**
**11921 Freedom Drive, Ste 1130**
**Reston, VA 20190**

What is the nature of the claim?    **Corp Debt- Listed out of caution**    $80,051.73

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    - _____
Unsecured claim    _____

Contact _____
Contact phone _____

---

**5**

**Caterpillar Financial Services**
**Corp**
**Attn: Jim Umpleby, CEO**
**2120 West End Avenue**
**Nashville, TN 37203**

What is the nature of the claim?    **Corp Debt- Listed out of caution**    $120,432.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:    - _____
Unsecured claim    _____

Contact _____
Contact phone _____

---

**6**

**Celtic Bank**
**Attn: Reese Howell, Jr, CEO**

What is the nature of the claim?    **Corp Debt- Listed out of caution**    $140,000.00

---

Debtor 1    **Jose A Barragan**                                      Case number *(if known)* _____

**268 South State Street, Suite 300**
**Salt Lake City, UT 84111**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____
    Unsecured claim       _____

Contact _____

Contact phone _____

---

**7**

**Century Surety Company**
**c/o Latitude Subrogation**
**Services**
**PO Box 2167**

What is the nature of the claim?    **Corp Debt- Listed out**    $50,775.00
**of caution**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____
    Unsecured claim       _____

Contact _____

Contact phone _____

---

**8**

**CNH Industrial**
**Capital America**
**Gerrit Marx, CEO**
**711 Jorie Blvd**
**Oak Brook, IL 60523**

What is the nature of the claim?    **Corp Debt- Listed out**    $61,219.00
**of caution**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    - _____
    Unsecured claim       _____

Contact _____

Contact phone _____

---

**9**

**CNH Industrial**
**Capital America**
**Gerrit Marx, CEO**
**711 Jorie Blvd**
**Oak Brook, IL 60523**

What is the nature of the claim?    **Corp Debt- Listed out**    $59,220.00
**of caution**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

No

---

Debtor 1  **Jose A Barragan**                                    Case number *(if known)* _____

| | |
|---|---|
| Contact _____ | ☐ Yes. Total claim (secured and unsecured) _____ |
| | Value of security: - _____ |
| Contact phone _____ | Unsecured claim |

---

**10**

**CNH Industrial Capital America**
**Gerrit Marx, CEO**
**711 Jorie Blvd**
**Oak Brook, IL 60523**

What is the nature of the claim?    **Corp Debt- Listed out of caution**    $217,479.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured) _____
Value of security: - _____
Unsecured claim _____

Contact _____

Contact phone _____

---

**11**

**De Lage Landen Financial Services**
**Attn: Carlo van Kemenade, President**
**111 Old Eagle School Rd**
**Wayne, PA 19087**

What is the nature of the claim?    **Corp Debt- Listed out of caution**    $74,524.06

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured) _____
Value of security: - _____
Unsecured claim _____

Contact _____

Contact phone _____

---

**12**

**Ford Motor Credit Company, LLC**
**c/o AIS Portfoilio**
**4515 N Santa Fe Ave., Dept. APS**
**Oklahoma City, OK 73118**

What is the nature of the claim?    **Corp Debt- Listed out of caution**    $114,925.18

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured) _____
Value of security: - _____
Unsecured claim _____

Contact _____

Contact phone _____

---

**13**

What is the nature of the claim?    **Corp Debt- Listed out of caution**    $149,000.00

Debtor 1    **Jose A Barragan**                                      Case number *(if known)* _____

**Hortencia Barragan**
**9036 Mission Blvd, PMB 91**
**Riverside, CA 92509**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                     - _____
        Unsecured claim                          _____

Contact _____

Contact phone _____

---

| 14 | **Karla Morales** | What is the nature of the claim? | Corp Debt- Listed out of caution | $96,207.00 |

**Karla Morales**
**9036 Mission Blvd**
**PMB 91**
**Riverside, CA 92509**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                     - _____
        Unsecured claim                          _____

Contact _____

Contact phone _____

---

| 15 | | What is the nature of the claim? | Corp Debt- Listed out of caution | $88,887.00 |

**Milestone Bank**
**Attn:  Gary Harding, CEO**
**310 South Main Street, Ste 900**
**Salt Lake City, UT 84101**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                     - _____
        Unsecured claim                          _____

Contact _____

Contact phone _____

---

| 16 | | What is the nature of the claim? | Corp Debt- Listed out of caution | $158,469.36 |

**ODK Capital, LLC***
**Attn: Officer, Director or**
**Managing Agent**
**4700 W. Daybreak Parkway,**
**Suite 200**
**UT 84009**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

---

Debtor 1  **Jose A Barragan**                                    Case number *(if known)* _____

|  |  |
|---|---|
| _____ | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured) |
| _____ | Value of security:  - _____ |
| Contact phone | Unsecured claim  _____ |

---

| 17 | | What is the nature of the claim? | **Corp Debt- Listed out of caution** | **$40,886.52** |
|---|---|---|---|---|

**Pawnee Leasing Corporation**
**3801 Automation Way, Ste 207**
**Fort Collins, CO 80525**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)

_____ Value of security:  - _____
Contact

_____ Unsecured claim  _____
Contact phone

---

| 18 | | What is the nature of the claim? | **Money Judgment** | **$3,807,548.00** |
|---|---|---|---|---|

**Rosario Rios**
**c/o Fritz J Firman**
**1503 South Coast Drive, Ste 209**
**Costa Mesa, CA 92626**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)

_____ Value of security:  - _____
Contact

_____ Unsecured claim  _____
Contact phone

---

| 19 | | What is the nature of the claim? | **Corp Debt- Listed out of caution** | **$1,263,138.54** |
|---|---|---|---|---|

**US Small Business**
**Administration\*\*\***
**Office of General Counsel**
**312 North Spring Street, 5th**
**Floor**
**Los Angeles, CA 90012**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No

-

Debtor 1    **Jose A Barragan**                                    Case number *(if known)* _____

| Contact | ☐ | Yes. Total claim (secured and unsecured) |
|---|---|---|

Contact phone                                              Value of security:
                                                           Unsecured claim                    - _____

---

| 20 | | What is the nature of the claim? | **Corp Debt- Listed out of caution** | $180,000.00 |

**Valley Fresh Produce, Inc.**
**c/o Mr. John Cottle**
**275 Kearney Ext, Ste A**
**Watsonville, CA 95076**

As of the date you file, the claim is: Check all that apply
☐     Contingent
☐     Unliquidated
■     Disputed
☐     None of the above apply

Does the creditor have a lien on your property?
■     No

Contact                                     ☐     Yes. Total claim (secured and unsecured)      _____
                                                  Value of security:                           - _____
Contact phone                                     Unsecured claim                                _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X _____
   **Jose A Barragan**                            Signature of Debtor 2
   Signature of Debtor 1


Date   **June 24, 2025**                     Date _____

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Debtor's current business, Popelino's Transportation, Inc. filed a Chapter 11 on 3/18/2025 and known by Case No 6:25-bk-11628-MH. Case is still pending.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ~~Palm Desert~~ Riverside , California.

Date:     **June 24, 2025**

**Jose A Barragan**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1        **F 1015-2.1.STMT.RELATED.CASES**

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Summer Shaw, Esq.** **44-901 Village Court, Suite B** **Palm Desert, CA 92260** **(760) 610-0000 Fax: (760) 687-2800** California State Bar Number: **283598 CA** ss@shaw.law | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: **Jose A Barragan** | CASE NO.: CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS** **[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __June 24, 2025__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __June 24, 2025__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Jose A Barragan
3661 Hunter Street
Riverside, CA 92509


Summer Shaw, Esq.
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260


Alliance Funding Group
Attn: Agent for Service of Process
18400 Von Karman, Suite 800
Irvine, CA 92612


Alliance Funding Group, Headq.
Brij Patel, CEO
17542 17th Street, Ste. 200
Tustin, CA 92780


Ally Bank
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave, Dept APS
Oklahoma City, OK 73118


American Express
PO Box 0001
Los Angeles, CA 90096


American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355


American Express National Bank***
Attn: Officer, Director or
Managing Agent
115 W. Towne Ridge Parkway
Sandy, UT 84070

American Express National Bank***
Attn: Agent for Service of Process
115 W. Towne Ridge Parkway
Sandy, UT 84070


Arcadio Bautista
3661 Hunter Street
Riverside, CA 92509


Bank of America
Attn: Bankruptcy
NC4-105-03-14
PO Box 26012
Greensboro, NC 27410


Bank of America
PO Box 1598
Norfolk, VA 23501


Bank of America, N.A.*
Attn: Officer, Director or
Managing Agent
100 North Tryon Street
Charlotte, NC 28255


Bank of America, N.A.*
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Blue Bridge Financial
11921 Freedom Drive, Ste 1130
Reston, VA 20190


Blue Bridge Financial, LLC
Attn: Rob Snow, Managing Member
18301 Von Karmen Ave
Irvine, CA 92612

Bryn Mawr Finding
dba The Bryn Mawr Trust Company
801 Lancaster Ave
Bryn Mawr, PA 19010


California Department of Tax and*
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055


Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024


Capital One Bank (USA), N.A.**
Attn: Agent for Service of Process
1680 Capital One Dr
Mc Lean, VA 22101


Capital One Bank (USA), N.A.**
Attn: Officer Dir or Managing Agent
1680 Capital One Dr
Mc Lean, VA 22101


Caterpillar Financial Services Corp
Attn: Jim Umpleby, CEO
2120 West End Avenue
Nashville, TN 37203


Cellco Partnership
dba Verizon Wireless
Attn: William M Vermette
22001 Loudoun County Pkwy
Ashburn, VA 20147


Celtic Bank
Attn: Reese Howell, Jr, CEO
268 South State Street, Suite 300
Salt Lake City, UT 84111

Century Surety Company
c/o Latitude Subrogation Services
PO Box 2167


Chase Mortgage
Attn Legal Correspondence Center
700 Kansas Lane
Mail Ccode LA4-7200
Monroe, LA 71203


Chase Mortgage
Attn: Legal Correspondence Center
700 Kansas Lane
Mail Code LA4-7200
Monroe, LA 71203


Citi Cards Costco
PO Box 78019
Phoenix, AZ 85062


Citi/Costco
PO Box 6704
Sioux Falls, SD 57104


Citibank
Citicorp Credit Services
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179


Citibank, NA*
Attn: Officer, Director or Managing
Agent
5800 S. Corporate Place
Sioux Falls, SD 57108


Citibank, NA*
Attn: Agent for Service of Process
5800 S. Corporate Place
Sioux Falls, SD 57108

Citibank/The Home Depot
PO Box 6497
Sioux Falls, SD 57117


Civil Process Clerk
Office of the U.S. Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012


CNH Industrial
Capital America
Gerrit Marx, CEO
711 Jorie Blvd
Oak Brook, IL 60523


Costco Anywhere Card
Attn: Bankruptcy Dept
PO Box 6500
Sioux Falls, SD 57117


D&R Woods Enterprise
c/o Paul M Mahoney
Mahoney & Soll LLP
150 W 1st St, Ste 180
Claremont, CA 91711


De Lage Landen Financial Services
Attn: Carlo van Kemenade, President
111 Old Eagle School Rd
Wayne, PA 19087


Department of Education*
Office of General Counsel
400 Maryland Ave. SW Room 6E353
Washington, DC 20202-2110


Discover Bank***
Attn: Officer, Director or
Managing Agent
502 E. Market Street
Greenwood, DE 19950

Discover Bank***
Attn: Agent for Service of Process
502 E. Market Street
Greenwood, DE 19950


Discover Financial
Attn Bankruptcy
PO Box 3025
New Albany, OH 43054


ECMC
PO Box 64909
Saint Paul, MN 55164-0909


Education Department
Office of General Counsel
400 Maryland Ave. SW Room 6E353
Washington, DC 20202-2110


Eliseo Arroyo
1635 Via Santiago Apt F
Corona, CA 92882


Ellsa Boyd
c/o Rod Pacheco
Pacheco & Neach PC
2 Park Plaza, Ste 1000
Irvine, CA 92614


Financial Pacific Leasing, Inc.
Attn: Officer, Director or
Managing Agent
3455 S. 344th Way, Suite 300
Auburn, WA 98001


Financial Pacific Leasing, Inc.
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203

Ford Motor Credit
Attn: Cathy O'Callaghan, CEO
1 American Rd
Dearborn, MI 48126


Ford Motor Credit Company, LLC
c/o AIS Portfoilio
4515 N Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118


Ford Motor Credit Company, LLC*
Attn: Agent for Service of Process
C T Corporation Systsem
330 N. Brand Blvd, Ste. 700
Glendale, CA 91203


Franchise Tax Board*
Bankruptcy Section, MS: A340
PO Box 2952
Sacramento, CA 95812-2952


Home Depot Credit Services
PO Box 790328
Saint Louis, MO 63179


Hortencia Barragan
9036 Mission Blvd, PMB 91
Riverside, CA 92509


Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Javier Aranda
9605 Lombardy Ave
Fontana, CA 92335

JPMCB
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


JPMorgan Chase Bank, N.A.*
Attn: Officer, Director or
Managing Agent
1111 Polaris Parkway
Columbus, OH 43240


JPMorgan Chase Bank, NA*
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Justice Cuts
dba Recycling & Recovery
c/o Rod Pacheco, Esq.
2 Park Plaza, Ste 1000
Irvine, CA 92614


K&J Transport
9770 Alder Ave
Bloomington, CA 92316


Karla Morales
9036 Mission Blvd
PMB 91
Riverside, CA 92509


Los Reyes Accounting & Consulting
4364 Eagle Rock Blvd
Los Angeles, CA 90019


Macy's/ DSNB
PO Box 6789
Sioux Falls, SD 57117

Macy's/DSNB
Attn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104


Maria Elizabeth Sanchez Hernandez
175 E Easton Street, Apt 79
Rialto, CA 92376


Merit Oil
c/o Goe Forsythe & Hodges, LLP
17701 Cowan, Bldg. D, Ste. 210
Irvine, CA 92614


Michael Anacleto
4406 W Camille Street, Apt B
Santa Ana, CA 92704


Milestone Bank
Attn:  Gary Harding, CEO
310 South Main Street, Ste 900
Salt Lake City, UT 84101


Monica Barragan
9036 Mission Blvd, PMB 91
Riverside, CA 92509


ODK Capital, LLC
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


ODK Capital, LLC***
Attn: Officer, Director or
Managing Agent
4700 W. Daybreak Parkway, Suite 200
UT 84009

Pathward NA, Corp
Attn: Brett Pharr, CEO
5501 S Broadband Lane
Sioux Falls, SD 57108


Pathward, NA, Corp
Attn: Brett Pharr, CEO
5501 S Broadband Lane
Sioux Falls, SD 57108


Pawnee Leasing Corporation
3801 Automation Way, Ste 207
Fort Collins, CO 80525


Pawnee Leasing Corporation
3801 Automation Way, Ste. 207
Fort Collins, CO 80525


Pawnee Leasing Corporation
Attn: Agent for Service of Process
CSC – Lawyers Inc. Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833


Pilot Travel Centers, LLC
5508 Lonas Drive
Knoxville, TN 37909


Popelino's Transportation, Inc.
3661 Hunter Street
Riverside, CA 92509


Rod Pacheco, Attorney for
Rosario Rios, et al.
Pacheco & Neach PC
2 Park Plaza, Ste. 1000
Irvine, CA 92614

Rodriguez Express, Inc
Attn: Victor Rodriguez, CEO
10882 Lansford St
Mira Loma, CA 91752


Rosario Rios
c/o Fritz J Firman
1503 South Coast Drive, Ste 209
Costa Mesa, CA 92626


Sams Club
Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


San Bernardino County Treasurer
172 West Third Street
San Bernardino, CA 92415


San Bernardino Tax Collector
268 W Hospitality Lane
San Bernardino, CA 92415


Synchrony Bank *
Attn: Officer, Director or
Managing Agent
170 West Election Road, Suite 125
Draper, UT 84020


Synchrony Bank*
Attn: Agent for Service of Process
C T Corporation System
330 N. Brand Boulevard, Suite 700
Glendale, CA 91203


Synchrony Bank/Sams Club
PO Box 71727
Philadelphia, PA 19176

The Home Depot
Citicorp Credit Services
Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179


Umpqua Bank (FDIC)
aka Financial Pacific Leasing
Attn: Clint Stein, CEO
445 SE Main St
Roseburg, OR 97470


United States Dept. of Education
Litigation Support
400 Maryland Avenue, SW
Washington, DC 20202


US Small Business Administration***
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


Valley Fresh Procuce, Inc
275 Kearney St, Ext #A
Saratoga, CA 95070


Valley Fresh Produce, Inc.
c/o Mr. John Cottle
275 Kearney Ext, Ste A
Watsonville, CA 95076


WCA
Attn: Ken Ramstad
14900 Concordla Ranch Rd
Lake Elsinore, CA 92531


WSFS Company Headquarters
aka Bryn Mawr Trust
Ted Peters, CEO
500 Delaware Avenue
Wilmington, DE 19801